UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>JEVAUN CHARLES,<br>  a/k/a "Bobby,"<br>  a/k/a "O'Melly,"<br>ALYSHA BELTRE,<br>  a/k/a "Ally Racks,"<br>DEURI CARAMBOT,<br>  a/k/a "Kenny,"<br>  a/k/a "Ralphy,"<br>SHAKUR CULBERT,<br>  a/k/a "Chase,"<br>ALVIN FERNANDEZ,<br>  a/k/a "Al.P,"<br>JASON GONZALEZ,<br>  a/k/a "Why,"<br>MALCOLM RIVERA,<br>  a/k/a "Boyy,"<br>MIKE SILVA,<br>  a/k/a "Cuba,"<br>DANIEL SILVA,<br>MAXWELL SMITH,<br>  a/k/a "Max,"<br>  a/k/a "Max Payne,"<br>MARLON WATSON,<br>  a/k/a "Menace,"<br>  a/k/a "Tega,"<br>  a/k/a "Black,"<br>  a/k/a "King," and<br>KEWAANNEE WILLIAMS,<br>  a/k/a "Kay,"<br>  a/k/a "Keys,"<br><br>                          Defendants. | 21 Cr. 412 (JSR) |

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: _____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190