CUSTODY, NRESTRAINT,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:21−mj−00146 All Defendants

Case title: USA v. Fernandez  
 Other court case number: 1:21−cr−00412−JSR USDC, Southern District of New York

Date Filed: 07/28/2021  
Date Terminated: 07/28/2021

---

Assigned to: Unassigned

### Defendant (1)

**Alvin Fernandez**  
*TERMINATED: 07/28/2021*  
also known as  
AI.P  
*TERMINATED: 07/28/2021*

represented by **Alison M. Clark**  
Office of the Federal Public Defender  
101 SW Main Street  
Suite 1700  
Portland, OR 97204  
503−326−2123  
Fax: 503−326−5524  
Email: alison_clark@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Southern District of New York Count 1 − 21:846 Narcotics Conspiracy; Count 2 − 18:924(c)(1)(A)(i) and 2− Possession of a Firearm During a | |

Drug Trafficking;

---

**Plaintiff**

**USA**  represented by **Jaclyn Jean Jenkins**
DOJ−USAO
1000 SW 3rd Ave.
Ste 600
Portland, OR 97204
503−727−1060
Email: jaclyn.jenkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/28/2021 | 1 | | Documents Received From USDC, Southern District of New York as to Alvin Fernandez Case No: 1:21−cr−00412−JSR (sss) (Additional attachment(s) added on 7/28/2021: # 1 Superseding Indictment NY, # 2 Warrant − NY) (sss). (Entered: 07/28/2021) |
| 07/28/2021 | 2 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in this District Offense in Another. Proceedings before Magistrate Judge Jolie A. Russo as to Alvin Fernandez held 7/28/21. Proceedings conducted via video−conferencing. Defendant verbally consents to appearance by video−conference. Order Appointing Counsel: Alison M. Clark. Defendant advised of rights. Defendant waived preliminary/identity hearing in this district. Order: Defendant committed to the S. Dist./NY at NYC for further proceedings. Counsel Present for Plaintiff: Jaclyn Jenkins. Counsel Present for Defendant: Alison Clark. Restraint Order: NR. (Court Reporter: Kellie Humiston) (gm) (Entered: 07/28/2021) |
| 07/28/2021 | 3 | | Waiver of Preliminary Examination or Hearing pursuant to Rule 5 & 5.1 by Alvin Fernandez (sss) (Entered: 07/28/2021) |
| 07/28/2021 | 4 | | Commitment to Another District as to Alvin Fernandez. Defendant committed to District of Southern District of New York. Original and two certified copies forwarded to U.S. Marshal on 7/28/2021. (sss) (Entered: 07/28/2021) |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   SEALED
             -v.-                   :   INDICTMENT
                                    :
JEVAUN CHARLES,                     :
   a/k/a "Bobby,"                   :   21 Cr.
   a/k/a "O'Melly,"                 :
ALYSHA BELTRE,                      :   21 CRIM 412
   a/k/a "Ally Racks,"              :
DEURI CARAMBOT,                     :
   a/k/a "Kenny,"                   :
   a/k/a "Ralphy,"                  :
SHAKUR CULBERT,                     :
   a/k/a "Chase,"                   :
ALVIN FERNANDEZ,                    :
   a/k/a "Al.P,"                    :
JASON GONZALEZ,                     :
   a/k/a "Why,"                     :
MALCOLM RIVERA,                     :
   a/k/a "Boyy,"                    :
MIKE SILVA,                         :
   a/k/a "Cuba,"                    :
DANIEL SILVA,                       :
MAXWELL SMITH,                      :
   a/k/a "Max,"                     :
   a/k/a "Max Payne,"               :
MARLON WATSON,                      :
   a/k/a "Menace,"                  :
   a/k/a "Tega,"                    :
   a/k/a "Black,"                   :
   a/k/a "King," and                :
KEWAANNEE WILLIAMS,                 :
   a/k/a "Kay,"                     :
   a/k/a "Keys,"                    :
                                    :
              Defendants.           :
------------------------------------X
```

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2010, up to and including June 2021, in the Southern District of New York and elsewhere, JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE

WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

    3.    The controlled substances that JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, conspired to distribute and possess with intent to distribute were: (i) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A); (ii) mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (iii) mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

    (Title 21, United States Code, Section 846.)

## COUNT TWO
### (Possession of a Firearm During a Drug Trafficking Crime)

The Grand Jury further charges:

4. Between in or about 2010 and June 2021, in the Southern District of New York and elsewhere, JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, namely, the conspiracy to distribute and possess with intent to distribute controlled substances as charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such drug trafficking offense, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## FORFEITURE ALLEGATIONS

5. As a result of committing the offense charged in Count One of this Indictment, JEVAUN CHARLES, a/k/a "Bobby," a/k/a

4

"O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendants personally obtained.

### Substitute Assets Provision

6. If any of the property described above as subject to forfeiture, as a result of any act or omission of the above-named defendants:

    a. cannot be located upon the exercise of due diligence;

5

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21 United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

  (Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
United States Attorney

6

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEVAUN CHARLES, a/k/a "Bobby,"
a/k/a "O'Melly,"
ALYSHA BELTRE, a/k/a "Ally Racks,"
DEURI CARAMBOT, a/k/a "Kenny,"
a/k/a "Ralphy,"
SHAKUR CULBERT, a/k/a "Chase,"
ALVIN FERNANDEZ, a/k/a "Al.P,"
JASON GONZALEZ, a/k/a "Why,"
MALCOLM RIVERA, a/k/a "Boyy,"
MIKE SILVA, a/k/a "Cuba,"
DANIEL SILVA,
MAXWELL SMITH, a/k/a "Max,"
a/k/a "Max Payne,"
MARLON WATSON, a/k/a "Menace," a/k/a
"Tega," a/k/a "Black," a/k/a "King," and
KEWAANNEE WILLIAMS, a/k/a Kay,"
a/k/a "Keys,"

Defendants.

## SEALED INDICTMENT

21 Cr.

(18 U.S.C. §§ 924(c) and 2; 21 U.S.C. § 846.)

AUDREY STRAUSS
United States Attorney.

*[signature]*
Foreperson

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :  SEALED
              -v.-                   :  SUPERSEDING INDICTMENT
                                     :
ISRAEL GARCIA,                       :
    a/k/a "Shorty Rock,"             :  S1 21 Cr. 412
JEVAUN CHARLES,                      :
    a/k/a "Bobby,"                   :
    a/k/a "O'Melly,"                 :
ALYSHA BELTRE,                       :
    a/k/a "Ally Racks,"              :
DEURI CARAMBOT,                      :
    a/k/a "Kenny,"                   :
    a/k/a "Ralphy,"                  :
SHAKUR CULBERT,                      :
    a/k/a "Chase,"                   :
ALVIN FERNANDEZ,                     :
    a/k/a "Al.P,"                    :
JASON GONZALEZ,                      :
    a/k/a "Why,"                     :
MALCOLM RIVERA,                      :
    a/k/a "Boyy,"                    :
MIKE SILVA,                          :
    a/k/a "Cuba,"                    :
DANIEL SILVA,                        :
MAXWELL SMITH,                       :
    a/k/a "Max,"                     :
    a/k/a "Max Payne,"               :
MARLON WATSON,                       :
    a/k/a "Menace,"                  :
    a/k/a "Tega,"                    :
    a/k/a "Black,"                   :
    a/k/a "King," and                :
KEWAANNEE WILLIAMS,                  :
    a/k/a "Kay,"                     :
    a/k/a "Keys,"                    :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## COUNT ONE
(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2010, up to and including June 2021, in the Southern District of New York and elsewhere, ISRAEL GARCIA, a/k/a "Shorty Rock," JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ISRAEL GARCIA, a/k/a "Shorty Rock," JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max

Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that ISRAEL GARCIA, a/k/a "Shorty Rock," JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, conspired to distribute and possess with intent to distribute were: (i) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A); (ii) mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (iii) mixtures and substances containing a detectable amount

of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Possession of a Firearm During a Drug Trafficking Crime)

The Grand Jury further charges:

4. Between in or about 2010 and June 2021, in the Southern District of New York and elsewhere, ISRAEL GARCIA, a/k/a "Shorty Rock," JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, namely, the conspiracy to distribute and possess with intent to distribute controlled substances as charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such drug trafficking offense, did possess

a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## FORFEITURE ALLEGATIONS

5. As a result of committing the offense charged in Count One of this Indictment, ISRAEL GARCIA, a/k/a "Shorty Rock," JEVAUN CHARLES, a/k/a "Bobby," a/k/a "O'Melly," ALYSHA BELTRE, a/k/a "Ally Racks," DEURI CARAMBOT, a/k/a "Kenny," a/k/a "Ralphy," SHAKUR CULBERT, a/k/a "Chase," ALVIN FERNANDEZ, a/k/a "Al.P," JASON GONZALEZ, a/k/a "Why," MALCOLM RIVERA, a/k/a "Boyy," MIKE SILVA, a/k/a "Cuba," DANIEL SILVA, MAXWELL SMITH, a/k/a "Max," a/k/a "Max Payne," MARLON WATSON, a/k/a "Menace," a/k/a "Tega," a/k/a "Black," a/k/a "King," and KEWAANNEE WILLIAMS, a/k/a "Kay," a/k/a "Keys," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendants personally obtained.

5

## Substitute Assets Provision

6.  If any of the property described above as subject to forfeiture, as a result of any act or omission of the above-named defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21 United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
United States Attorney

6

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISRAEL GARCIA, a/k/a "Shorty Rock,"
JEVAUN CHARLES, a/k/a "Bobby,"
a/k/a "O'Melly,"
ALYSHA BELTRE, a/k/a "Ally Racks,"
DEURI CARAMBOT, a/k/a "Kenny,"
a/k/a "Ralphy,"
SHAKUR CULBERT, a/k/a "Chase,"
ALVIN FERNANDEZ, a/k/a "Al.P,"
JASON GONZALEZ, a/k/a "Why,"
MALCOLM RIVERA, a/k/a "Boyy,"
MIKE SILVA, a/k/a "Cuba,"
DANIEL SILVA,
MAXWELL SMITH, a/k/a "Max,"
a/k/a "Max Payne,"
MARLON WATSON, a/k/a "Menace," a/k/a
"Tega," a/k/a "Black," a/k/a "King," and
KEWAANNEE WILLIAMS, a/k/a Kay,"
a/k/a "Keys,"

Defendants.

SEALED
SUPERSEDING INDICTMENT

S1 21 Cr. 412

(18 U.S.C. §§ 924(c)and 2; 21 U.S.C. § 846.)

AUDREY STRAUSS
United States Attorney.

*[signature]*
Foreperson

6/20/21
*[initials]*

Filed Superseding Sealed Indictment
Arrest Warrants Issued Stamped Ann
JSMS

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Micah F. Fergenson, 212-637-2190

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>ALVIN FERNANDEZ,<br>a/k/a "Al.P,"<br><br>*Defendant* | )    **21 CRIM 412**<br>)    Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ALVIN FERNANDEZ, a/k/a "Al.P,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violations of 21 U.S.C. § 846 (conspiracy to commit narcotics trafficking); 18 U.S.C. §§ 924(c)(1)(A)(i) and 2 (firearms possession during a drug trafficking crime).

Date:    June 17, 2021 /OTW
~~04/06/2021~~

                                                   *Issuing officer's signature*

City and state:    New York, New York           Hon. Ona T. Wang, USMJ
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>                                                             *Arresting officer's signature*<br><br>                                                              *Printed name and title* |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Alison M. Clark (alison_clark@fd.org, fawna_kohlleppel@fd.org,
michelle_rawson@fd.org, orx_docketing@fd.org), Jaclyn Jean Jenkins
(amanda.albrecht@usdoj.gov, jaclyn.jenkins@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:7515942@ord.uscourts.gov
Subject:Activity in Case 3:21-mj-00146 USA v. Fernandez Initial Appearance - Out of
District Warrant
Content-Type: text/html
```

# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 7/28/2021 at 2:59 PM PDT and filed on 7/28/2021

| | |
|---|---|
| **Case Name:** | USA v. Fernandez |
| **Case Number:** | 3:21-mj-00146 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in this District Offense in Another. Proceedings before Magistrate Judge Jolie A. Russo as to Alvin Fernandez held 7/28/21. Proceedings conducted via video-conferencing. Defendant verbally consents to appearance by video-conference. Order Appointing Counsel: Alison M. Clark. Defendant advised of rights. Defendant waived preliminary/identity hearing in this district. Order: Defendant committed to the S. Dist./NY at NYC for further proceedings. Counsel Present for Plaintiff: Jaclyn Jenkins. Counsel Present for Defendant: Alison Clark. Restraint Order: NR. (Court Reporter: Kellie Humiston) (gm)**

**3:21-mj-00146-1 Notice has been electronically mailed to:**

Alison M. Clark &nbsp &nbsp alison_clark@fd.org, fawna_kohlleppel@fd.org, michelle_rawson@fd.org, orx_docketing@fd.org

Jaclyn Jean Jenkins &nbsp &nbsp jaclyn.jenkins@usdoj.gov, amanda.albrecht@usdoj.gov

**3:21-mj-00146-1 Notice will not be electronically mailed to:**

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:21-mj-00146 |
| ALVIN FERNANDEZ, a/k/a "Al.P" | ) ) | Charging District's Case No. 1:21-cr-00412-JSR |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/28/2021

ALVIN FERNANDEZ (signed at request, by counsel in lock up 7/28/21)
*Defendant's signature*

*Signature of defendant's attorney*

ALISON M. CLARK
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:21-mj-00146 |
| ALVIN FERNANDEZ, ) | |
| a/k/a "Al.P" ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 1:21-cr-00412-JSR |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Southern  District of New York,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7/28/2021

*Judge's signature*

The Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*