# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

October 20, 2021

Hon. Jed S. Rakoff  
U.S. Courthouse  
500 Pearl St.  
New York, NY 10007

Re:   *U.S. v. Fernandez,* 21 cr 412 (JSR)

Dear Judge Rakoff:

I am counsel to Alvin Fernandez in the above referenced matter. Following his arrest, and arraignment on the Indictment, Mr. Fernandez was released pursuant to a bond. Among other conditions, the bond requires Mr. Fernandez to be on home confinement in his residence Pennsylvania. The bond restricts his travel to the Central District of Pennsylvania and Southern/Eastern Districts of New York (and points in between when traveling from Pennsylvania). Please accept this letter in lieu of a formal motion seeking a modification of Mr. Fernandez's bond.

Mr. Fernandez's residence is located in the Eastern District of Pennsylvania (not the Central District of Pennsylvania). Accordingly, I request the bond's travel restriction be changed from the Central to Eastern District of Pennsylvania.

In addition, Mr. Fernandez seeks to travel from Pennsylvania, to the Bronx, to meet with an attorney. By this letter, I request the bond be temporarily modified to permit this (non-overnight) travel. Prior to going to the meeting, Mr. Fernandez will provide the date, time, location and any other requested information to his supervising Pretrial Services Officer.

The Government consents to these requests. Accordingly, I respectfully request granting of this application by So Ordered endorsement of this letter.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA  
      Alvin Fernandez

SO ORDERED  
*/s/ Jed S. Rakoff*  
USDJ  
10-21-21