# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| Reply To: | Long Island Office |
|---|---|
| 42-40 Bell Blvd, Suite 302 | 10 Bond St, Suite 389 |
| Bayside, New York 11361 | Great Neck, New York 11021 |
| Tel (516) 829-2299 | Tel (516) 829-2299 |
| jp@jpittell.com | jp@jpittell.com |

November 2, 2021

Hon. Jed S. Rakoff
U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   U.S. v. Fernandez, 21 cr 412 (JSR)

Dear Judge Rakoff:

     I am counsel to Alvin Fernandez in the above referenced matter. Following his arrest, and arraignment on the Indictment, Mr. Fernandez was released pursuant to a bond. Among other conditions, the bond required him to be on home confinement at his residence in Peckville, Pennsylvania. The bond restricted his travel to the Central District of Pennsylvania and Southern/Eastern Districts of New York (and points in between when traveling from Pennsylvania). Subsequently, I was informed by Pretrial Services that Mr. Fernandez's residence was in the Eastern District of Pennsylvania. Accordingly, by letter motion dated October 20. 2021, I requested the bond be modified to indicate the correct District of residence. This application was granted by Your Honor. I am now informed by Pretrial Services that they were in error and Mr. Fernandez does not reside in the Eastern District of Pennsylvania. They inform he resides in the Middle District of Pennsylvania. Accordingly, I respectfully request the bond's travel restriction be changed from the Eastern District of Pennsylvania to the Middle District of Pennsylvania by So Ordered endorsement of this letter.

     The Government consents to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA
       Alvin Fernandez

SO ORDERED
/s/ J.S. Rakoff
USDJ
11-4-21