# MAHER & PITTELL, LLP

### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

December 17, 2021

Hon. Jed S. Rakoff
U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:  *U.S. v. Fernandez,* 21 cr 412 (JSR)

Dear Judge Rakoff:

I am counsel to Alvin Fernandez in the above referenced matter.  Following his arrest, and arraignment on the Indictment, Mr. Fernandez was released pursuant to a bond.  Among other conditions, the bond requires Mr. Fernandez to be on home incarceration in his residence located in the Middle District of Pennsylvania. Due to the condition being home incarceration, Mr. Fernandez cannot leave his home to perform outdoor household chores, to engage in employment or attend to basic life necessities.  I am informed by Mr. Fernandez' supervising MDPA Pretrial Services Officer that, if the bond condition is changed from home incarceration to home detention, then Pretrial Services will have discretion (without the need for subsequent court authorization) to permit Mr. Fernandez to engage in these activities.

I have conferred with SDNY Pretrial Services about modifying the bond condition from home incarceration to home detention.  They inform that Mr. Fernandez has been fully complaint with the conditions of his bond and consent to this modification.  The Government consents to this request as well.

Based upon the foregoing, I respectfully that Mr. Fernandez's bond be modified -- by changing the home incarceration condition to home detention -- by So Ordered endorsement of this letter.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:  Jacob Gutwillig, AUSA
     Alvin Fernandez

SO ORDERED

*[signature]*
USDJ
12-17-21