UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         v.<br><br>ISRAEL GARCIA,<br>  a/k/a "Shorty Rock,"<br>JEVAUN CHARLES,<br>  a/k/a "Bobby,"<br>  a/k/a "O'Melly,"<br>ALYSHA BELTRE,<br>  a/k/a "Ally Racks,"<br>DEURI CARAMBOT,<br>  a/k/a "Kenny,"<br>  a/k/a "Ralphy,"<br>SHAKUR CULBERT,<br>  a/k/a "Chase,"<br>ALVIN FERNANDEZ,<br>  a/k/a "Al.P,"<br>JASON GONZALEZ,<br>  a/k/a "Why,"<br>MALCOLM RIVERA,<br>  a/k/a "Boyy,"<br>MIKE SILVA,<br>  a/k/a "Cuba,"<br>DANIEL SILVA,<br>MAXWELL SMITH,<br>  a/k/a "Max,"<br>  a/k/a "Max Payne,"<br>MARLON WATSON,<br>  a/k/a "Menace,"<br>  a/k/a "Tega,"<br>  a/k/a "Black,"<br>  a/k/a "King," and<br>KEWAANNEE WILLIAMS,<br>  a/k/a "Kay,"<br>  a/k/a "Keys,"<br><br>                    Defendants. | Notice of Appearance and Request for<br>Electronic Notification<br><br>S1 21 Cr. 412 (JSR) |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York


          by: /s/ Kaylan E. Lasky
             Kaylan E. Lasky
             Assistant United States Attorney
             (212) 637-2315
             kaylan.lasky@usdoj.gov

TO: Attorneys of record