```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :   SUPERSEDING INFORMATION
            -v.-                     :
                                     :
ALVIN FERNANDEZ,                     :   S2 21 Cr. 412 (JSR)
   a/k/a "Al.P,"                     :
                                     :
            Defendant.               :
------------------------------------ X
```

## COUNT ONE
### (Narcotics Conspiracy)

The United States Attorney charges:

1.   From at least in or about 2008, up to and including June 2021, in the Southern District of New York and elsewhere, ALVIN FERNANDEZ, a/k/a "Al.P," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ALVIN FERNANDEZ, a/k/a "Al.P," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substance that ALVIN FERNANDEZ, a/k/a "Al.P," the defendant, conspired to distribute and possess with intent to distribute was mixtures and substances containing a

detectable amount of cocaine base in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense charged in Count One of this Information, ALVIN FERNANDEZ, a/k/a "Al.P," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

**Substitute Assets Provision**

5. If any of the property described above as subject to forfeiture, as a result of any act or omission of the above-named defendant:

    a. cannot be located upon the exercise of due diligence;

       b.   has been transferred or sold to, or deposited with, a third person;

       c.   has been placed beyond the jurisdiction of the Court;

       d.   has been substantially diminished in value; or

       e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21 United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

       (Title 21, United States Code, Section 853.)

                                         _____
                                           DAMIAN WILLIAMS
                                           United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**ALVIN FERNANDEZ, a/k/a "Al.P,"**

**Defendant.**

<u>**SUPERSEDING INFORMATION**</u>

S2 21 Cr. 412 (JSR)

(21 U.S.C. § 846.)

DAMIAN WILLIAMS
United States Attorney.