# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

July 1, 2022

Hon. Jed S. Rakoff
U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   *U.S. v. Fernandez,* 21 cr 412 (JSR)

Dear Judge Rakoff:

I am counsel to Alvin Fernandez in the above referenced matter. Following his arrest, Mr. Fernandez was released pursuant to a bond which required him to be on home incarceration, and remain inside in his residence, located in the Middle District of Pennsylvania.

Subsequently, the bond condition was modified to home detention thereby allowing Mr. Fernandez to leave his residence at the discretion of his supervising Pretrial Services Officer. Thereafter, Mr. Fernandez's bond condition was further modified from home detention to a 9 p.m. to 6 a.m. curfew with electronic monitoring.

By this letter, I respectfully request the curfew time be extended by two hours to 11 p.m. I make this request as Mr. Fernandez has been working at a KFC fast food restaurant. He has been offered a promotion to a managerial position which will require him to work until closing time. This will result in him getting home at approximately 11 p.m. Accordingly, the herein requested curfew modification is to allow Mr. Fernandez to accept the promotion.

Prior to submitting this application, I conferred with the Mr. Fernandez's supervising SDNY Pretrial Officer Joshua Rothman. He does not have any objection to this request. Further, I have conferred with the Government and they inform that they do not take any position on this request.

Wherefore, I respectfully request the time of the curfew condition of Mr. Fernandez's bond condition be modified from 9 p.m. to 11 p.m. by So Ordered endorsement of this letter.

SO ORDERED
/s/ JSDJ
7-5-22

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA
      Joshua Rothman, USPTO
      Alvin Fernandez