# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
*jp@jpittell.com*

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
*jp@jpittell.com*

September 19, 2022

Hon. Jed S. Rakoff  
U.S. Courthouse  
500 Pearl St.  
New York, NY 10007

Re:   *U.S. v. Fernandez,* 21 cr 412 (JSR)

Dear Judge Rakoff:

    I am counsel to Alvin Fernandez in the above referenced matter.

    On August 22, 2022, Mr. Fernandez was sentenced to a term of time served and three years supervised release which, *inter alia,* has a special condition requiring him to spend fifteen weekends at a residential reentry center.

    Following Mr. Fernandez's arrest and initial appearance in this matter, he was released pursuant to a surety bond. Among other conditions, the bond required him to surrender his passport to pretrial services. After Mr. Fernandez's sentenced, I was informed by Pretrial Services that, in order for his passport to be returned, they require an Order authorizing the return of the passport.

    Accordingly, please accept this letter in lieu of a formal motion requesting an Order authorizing Pretrial Services to return Mr. Fernandez's passport to him. Prior to submission of this letter, a Chambers telephone conference was held with your law clerk and the Government. The Government does not oppose this request.

    Wherefore, I respectfully request this application be granted by so ordered endorsement of this letter.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Government counsel of record (by ECF)

SO ORDERED  
*[signature]*  
USDJ  
9-19-22