UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISRAEL GARCIA,<br>a/k/a "Shorty Rock," et al.<br><br>Defendants. | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**S1 21 Cr. 412 (JSR)** |

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
       Maggie Lynaugh
       Assistant United States Attorney
       (212) 637-2448
       margaret.lynaugh@usdoj.gov